# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| **RONNIE M. ORBAKER,** | Case No. 1:08-CV-0803 LJO DLB |
| Plaintiff, | **ORDER RE: FURTHER SCHEDULING CONFERENCE** |
| v. | |
| **MITCHELL FOX, AND DOES 1 - 10,** | |
| Defendant. | |

The Court's Order Setting Mandatory Scheduling Conference, issued June 11, 2008, is hereby amended as follows: A further scheduling conference is set for June 1, 2009, at 9:00 a.m. in Courtroom 9 before Magistrate Judge Dennis L. Beck. A Joint Scheduling Conference Report is due one week before the conference.

Defendant's counsel, Deputy Attorney General Jill Scally, intends to appear telephonically. Should plaintiff also wish to appear telephonically, defendant's counsel will arrange for the conference call.

IT IS SO ORDERED.

Dated: **March 31, 2009**         **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE