IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE MICHAEL ORBAKER,<br><br>                Plaintiff,<br>    vs.<br>MITCHELL FOX,<br><br>                Defendant.<br>_____/ | CASE NO. CV F 08-0803 LJO DLB<br><br>**ORDER TO DENY REQUEST TO DISMISS**<br>(Doc. 14.) |

On May 29, 2009, pro se plaintiff filed a California Judicial Council form to attempt to dismiss this action with prejudice. Plaintiff's attempt to dismiss fails to comply with F.R.Civ.P. 41(a)(1)(A)(ii), which requires a stipulation signed by a defendant who has appeared. As such, this Court DENIES dismissal of this action in the absence of compliance with F.R.Civ.P. 41(a)(1)(A)(ii).

This Court will entertain a stipulation which satisfies F.R.Civ.P. 41(a)(1)(A)(ii) and ORDERS defense counsel to prepare such stipulation and proposed order to dismiss. This Court FURTHER ORDERS the parties, no later than June 11, 2009, to file their stipulation and proposed order. This Court ADMONISHES the parties to obey the Federal Rules of Civil Procedure and this Court's Local Rules. This Court FURTHER ADMONISHES the parties that it will impose sanctions on any party or counsel who fails to comply with this order.

IT IS SO ORDERED.

**Dated:   June 2, 2009**                      **/s/ Lawrence J. O'Neill**
                                                                UNITED STATES DISTRICT JUDGE

1