1  EDMUND G. BROWN JR., State Bar No. 37100
   Attorney General of California
2  ALBERTO L. GONZALEZ, State Bar No. 117605
   Supervising Deputy Attorney General
3  JILL SCALLY, State Bar No. 161513
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 324-1042
6   Fax: (916) 322-8288
    E-mail: Jill.Scally@doj.ca.gov
7  *Attorneys for Defendant
   Mitchell Fox*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONNIE M. ORBAKER,** | 1:08-CV-0803 LJO DLB |
| Plaintiff, | **ORDER FOR DISMISSAL TO COMPLAINT WITH PREJUDICE** |
| v. | |
| **MITCHELL FOX, and DOES 1 - 10,** | |
| Defendant. | |

   IT IS HEREBY ORDERED that, pursuant to the Stipulation for Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action under is hereby dismissed with prejudice.

   Each party shall bear their own costs, expenses, and attorneys' fees in this action.

///

///

///

///

1

IT IS SO ORDERED.  The clerk is directed to close this action in its entirety.

Dated:  _June 4, 2009

/s/ Lawrence J. O'Neill<br>The Honorable Lawrence J. O'Neill

SA2009308489
30768195.doc